# EXHIBIT A



Advertising Technology & Innovation

MEDIA KIT

# Better **connecting Brands** to **their Buyers**

*Featured AD Network delivers* *Results* *through Technology and Strategy*

## Who is MetaRail?

MetaRail's proprietary **technology** captures, holds & drives massive amounts of **METADATA** from **source to exact destination** through our Patented Platform. **DEEP-LINKING** technology drives those relevant parameters and offers **REAL TIME optimization**.

**Advertisers**

Higher **Campaign Returns**
Better **Conversion**

**Publishers**

Improved content **relevance**
Streamlined process
Enhanced **Brand Loyalty**

© MetaRail 2020

2

# The Competitive **Difference**

*Cutting-Edge Technology* with Comprehensive Targeting Strategy

**Proprietary Platform**: *3 Patents / 6 Patents Pending*

- **Captures and Holds 100s** of targeting metadata
- Deep-links through to **precise destination** (check-out)
- Regardless of **origination / destination** – to and from sites, apps, networks, TV channels, or other media

**DEEP-LINKED** parameters are

- Inserted **into any Server**
- **Unaffected** by ad blockers
- Served in **REAL TIME**



Without deep linking

① Email with link

② Generic welcome page

③ Page within app

With deep linking

③ Page within app

© MetaRail 2020

# Our **Performance** line so far

*Lifetime* **Click** *Delivery Metrics*



*...and counting*

© MetaRail 2020

4

# Your Goals. Our Capabilities.

*MetaRail's **Tech Stack** delivers ever-expanding capacity to exceed **ROI, ROAS and KPIs***

# 4,000,000

## M E T A D A T A

## Analyzed Monthly

*...and counting*

© MetaRail 2020

# At a glance

**10 YEARS**

# 900+
## Client Stories

#Travel

#Insurance

#Education

#FinTech

#Media & Communication



© MetaRail 2020

6

# Formats

*1* / 2

## #Search & Compare Suite

- Front Door
- Search Page
- Right Shoulder
- Pop-ups

## #Inline

## #Dynamic Display

## #Click-To-Call

## #Email

## #Native (IAB)




© MetaRail 2020

7

# Features



### #Advanced Targeting

- Transactional Metadata
- In-depth User Metadata
- 20+ attributes for each click



### #Ad Delivery Systems

- Patented Deep Link
- JavaScript Tags
- HTML Tags
- API



### #Server

### Independent



### #Flexible

### Tracking



### #Platform

### Independence

© MetaRail 2020

Thank You

