# EXHIBIT E

| US10152734 | Google Ads ("Accused Instrumentalities") |
|---|---|
| 1. A method, comprising: in response to a user interacting with a user interface of a networked data source on a user device, accessing a universal variable data database, the universal variable data database representing a universal variable map of searchable classes and attributes of products or services on the Internet, the accessing performed by a computer having a processor and a non-transitory computer- | The Accused Instrumentalities practice a method, comprising in response to a user interacting with a user interface of a networked data source on a user device (e.g., a user interface of a PC, laptop tablet, smartphone, etc. that provides data to the Accused Instrumentalities via a network, e.g., the Internet) accessing a universal variable data database (e.g., Google's indexing), the universal variable data database representing a universal variable map of searchable classes and attributes of products or services on the Internet, the accessing performed by a computer having a processor and a non-transitory computer-readable medium (e.g., Google web server), the universal variable data database maintained by the computer (e.g., stored in memory of the Google web server).<br><br>The Accused Instrumentalities serve ads, including deep linked ads using a web server.<br><br><br><br>https://ads.google.com/home/ |

| readable medium, the universal variable data database maintained by the computer; | **Traditional Ad Serving** is a service provided to publishers for the delivery of Ads from Google's web servers to Target Properties based on criteria selected by those publishers and the advertisers and agencies advertising on the Target Properties. | |
| | https://support.google.com/admanager/answer/6021064?hl=en | |

## About deep links

Deep links send mobile device users directly to relevant pages in your app rather than your website. Users click on ads and go directly to your app pages. You can use deep links in many Google Ads products, including App campaigns for engagement, App dynamic remarketing, and Search, Shopping, and Display campaigns.



### Benefits

- **Greater security**: App Links and Universal Links give you peace of mind that no other app can use your links. Other companies can't claim your link, so they can't send traffic to their own app (as can be done with custom schemes).

- **Relevant page results**: You can direct customers and potential customers to relevant pages within your app, rather than browser or mobile-web pages. App Links and Universal Links use the same URL as your web links, so if your app can't open, instead of being shown an error page, users will be taken to the mobile site landing page.

- **Seamless user experience**: The more seamless integration for your app users improves user experience, increases conversions, and improves customer loyalty.

https://support.google.com/google-ads/answer/10023042

## Add and edit deep linking for App campaigns for engagement

When you're setting up a new App campaign for engagement, you need to add deep links to your ad groups so that the ads you create drive your users directly into relevant app pages.

**Note:** Your app developer should complete deep link setup before you add them to the App campaign for engagement. Learn more about deep links

### Instructions for adding deep links

1. Sign in to your Google Ads account ⬁ .
2. Follow the instructions on how to Create an App campaign for engagement through step 13.
3. For step 13, the Deeplink Suggestions feature of App campaigns for engagement will show you a list of deep links currently set up for your app.
4. Select or type the appropriate deep link in the field under "App URL".
5. Proceed with steps 14-17 in the instructions to complete the creation of your App campaign for engagement.

https://support.google.com/google-ads/answer/10024200?hl=en

# Deep link

A type of destination URL in an ad that takes people to a specific page in an app. The following types of deep links are supported by Google Ads:

- **Custom schemes:** Custom schemes are custom URIs you can create to link to any in-app content. If your ad shows on a mobile device with your app installed and a user clicks the link, it sends people directly to the content in your app.

- **App Links and Universal Links:** These links use your existing HTTP destination URL, such as www.example.com or www.example.com/product_1234. Tracking parameters are allowed for these links.
  **Note:** Deep links are not automatically set up when you create your app, and they work differently on iOS and Android.
  - Learn about setting up custom schemes for Android apps ⊠
  - Learn more about Universal Links for iOS apps ⊠
  - Learn about setting up App Links for Android apps ⊠

https://support.google.com/google-ads/answer/6046977

| | Description | How it works | Which Google Ads products are they compatible with? |
|---|---|---|---|
| **App Links (Android)** | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your Android app installed to the in-app content you specify. | Visit our developer website to learn more about App Links ⧉ for Android apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| **Universal Links (iOS)** | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your iOS app installed to the in-app content you specify. | Visit the developer website to learn more about Universal Links ⧉ for iOS apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| **Custom schemes** | Create Custom URIs to link to any in-app content you choose.<br><br>**Note:** If the user doesn't have your app installed, custom schemes will lead to an error page. | Visit the developer website to learn more about Custom schemes ⧉ . | • App engagement campaigns<br>• App dynamic remarketing campaigns |

https://support.google.com/google-ads/answer/10023042

The Accused Instrumentalities utilize crawlers to identify information on the Internet (including searchable classes and attributes of products or services on the Internet) and organizes that information in an index, which maps searchable classes and attributes of products or services on the Internet.



We continuously map the web and other sources to connect you to the most relevant, helpful information.

Learn more about how Search works

https://www.google.com/search/howsearchworks/

# How Google Search organizes information

When you Search, Google looks through hundreds of billions of webpages and other content stored in our Search index to find helpful information — more information than all of the libraries of the world.



## Finding information by crawling

Most of our Search index is built through the work of software known as crawlers. These automatically visit publicly accessible webpages and follow links on those pages, much like you would if you were browsing content on the web. They go from page to page and store information about what they find on these pages and other publicly-accessible content in Google's Search index.



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

## Crawl

**Crawling** is the process of finding new or updated pages to add to Google (*Google crawled my website*). One of the Google crawling engines crawls (requests) the page. The terms "crawl" and "index" are often used interchangeably, although they are different (but closely related) actions. Learn more.

Give feedback about this article

https://support.google.com/webmasters/answer/7643418?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

## Index

A page is *indexed* by Google if it has been visited by the Google crawler ("Googlebot"), analyzed for content and meaning, and stored in the Google index. Indexed pages can be shown in Google Search results (if they follow the Google Search Essentials). While most pages are crawled before indexing, Google may also index pages without access to their content (for example, if a page is blocked by a **robots.txt** directive). Learn more.

⚐ Give feedback about this article

https://support.google.com/webmasters/answer/7643011?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA

As an example, in response to a user interacting with a user interface of a networked data source on a user device (e.g., a user interacting with the user interface of a PC, laptop, tablet, smartphone etc. to perform a Google search using Google's search page), Google's web server accesses the Google search index to identify information for search results.



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

| determining, by the computer based on dynamic data collected through the user interface while the user is interacting with the user interface of the networked data source, field identifiers of the | The Accused Instrumentalities determine, by the computer (e.g., the Google web server) based on dynamic data collected through the user interface while the user is interacting with the user interface of the networked data source (e.g., data provided to Google by the device while a user is interacting with the Google search page on the PC, laptop, tablet, smartphone, etc.), field identifiers of the networked data source stored in the universal variable data database, the dynamic data containing user-specified values pertaining to a product or service (e.g., user specific values pertaining to a products or service advertised on the internet). <br><br> By way of example, the Accused Instrumentalities determine field identifiers associated with device information based on the dynamic device data (e.g., location-related field identifiers that identify fields associated with the location of the networked data source, such as country, state, city, zip code, etc. fields). |
|---|---|

networked data source stored in the universal variable data database, the dynamic data containing user-specified values pertaining to a product or service;

# Location targeting

A setting that lets you choose your target locations to reach out to your customers. Learn how to target ads to geographic locations.

- Location targeting lets you select specific locations where you want your ad to be shown.
- By default, your ads can show to people in, regularly in, or who've shown interest in your targeted locations. For example, if you own a bakery in Paris and choose Paris as a targeted location, your ads can show to people located or regularly in Paris, or to people who have expressed interest in Paris bakeries (now or in the past). Alternatively, you can use other location options to limit the location types you target
- For most campaign types, you can choose locations for your ads to show. For example, you can choose entire countries, areas within a country like cities or territories, and even a radius around a location. You can also choose your Business Profile locations. Google Ads may also suggest related locations that you can choose to target based on your current settings.
- You can also select locations to exclude in your campaigns if you don't want your ads to show in specific regions.
- Location targeting helps you focus your advertising to help find the right customers for your business, and will hopefully help you increase your profits as a result.

**Keep in mind**
Location targeting is based on a variety of signals, including users' settings, devices, and behavior on our platform, and is Google's best effort to serve ads to users who meet your location settings. Because these signals vary, 100% accuracy is not guaranteed in every situation.

As always, you should check your overall performance metrics to help ensure your settings are meeting your advertising goals and change them accordingly.

https://support.google.com/google-ads/answer/6317?hl=en&ref_topic=24937&sjid=1856473580287583641-NA

# Target ads to geographic locations

**Note:** Google Ads location targeting doesn't determine geographic borders.

Google Ads location targeting allows your ads to appear in the geographic locations that you select: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising to help find the right customers for your business. This specific type of targeting could help increase your **return on investment (ROI)**.

https://support.google.com/google-ads/answer/1722043?sjid=1856473580287583641-NA



The field identifiers are stored in the universal variable data database. For example, the field identifiers determined by the Google server are included in the Google index and used to categorize information.



We continuously map the web and other sources to connect you to the most relevant, helpful information.

Learn more about how Search works

https://www.google.com/search/howsearchworks/

# How Google Search organizes information

When you Search, Google looks through hundreds of billions of webpages and other content stored in our Search index to find helpful information — more information than all of the libraries of the world.



## Finding information by crawling

Most of our Search index is built through the work of software known as crawlers. These automatically visit publicly accessible webpages and follow links on those pages, much like you would if you were browsing content on the web. They go from page to page and store information about what they find on these pages and other publicly-accessible content in Google's Search index.



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

# Index

A page is *indexed* by Google if it has been visited by the Google crawler ("Googlebot"), analyzed for content and meaning, and stored in the Google index. Indexed pages can be shown in Google Search results (if they follow the Google Search Essentials). While most pages are crawled before indexing, Google may also index pages without access to their content (for example, if a page is blocked by a **robots.txt** directive). Learn more.

⚠ Give feedback about this article

https://support.google.com/webmasters/answer/7643011?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA

To further refine search results, Google uses a variety of categorization techniques to classify web pages based on their content. For example, Google can distinguish between different types of content, such as images, videos, and text, and can also categorize pages based on their topics or themes. This categorization allows Google to provide users with more targeted and relevant results, such as by displaying images or videos related to their search query.

Overall, Google's ability to quickly and accurately organize and categorize vast amounts of information is what sets it apart from other search engines. By using sophisticated algorithms to analyze and index web pages, and by employing categorization techniques to refine search results, Google can provide users with the most relevant and useful information available on the web.

https://www.linkedin.com/pulse/behind-scenes-how-googles-search-index-powers-worlds-strickland-/?trk=pulse-article

The dynamic data contains user-specified values pertaining to a product or service. As an example, the user may specify in a search result to find products or services near the location of a device.

# Location targeting

A setting that lets you choose your target locations to reach out to your customers. Learn how to target ads to geographic locations.

- Location targeting lets you select specific locations where you want your ad to be shown.
- By default, your ads can show to people in, regularly in, or who've shown interest in your targeted locations. For example, if you own a bakery in Paris and choose Paris as a targeted location, your ads can show to people located or regularly in Paris, or to people who have expressed interest in Paris bakeries (now or in the past). Alternatively, you can use other location options to limit the location types you target
- For most campaign types, you can choose locations for your ads to show. For example, you can choose entire countries, areas within a country like cities or territories, and even a radius around a location. You can also choose your Business Profile locations. Google Ads may also suggest related locations that you can choose to target based on your current settings.
- You can also select locations to exclude in your campaigns if you don't want your ads to show in specific regions.
- Location targeting helps you focus your advertising to help find the right customers for your business, and will hopefully help you increase your profits as a result.

**Keep in mind**
Location targeting is based on a variety of signals, including users' settings, devices, and behavior on our platform, and is Google's best effort to serve ads to users who meet your location settings. Because these signals vary, 100% accuracy is not guaranteed in every situation.

As always, you should check your overall performance metrics to help ensure your settings are meeting your advertising goals and change them accordingly.

https://support.google.com/google-ads/answer/6317?hl=en&ref_topic=24937&sjid=1856473580287583641-NA

# Target ads to geographic locations

**Note:** Google Ads location targeting doesn't determine geographic borders.

Google Ads location targeting allows your ads to appear in the geographic locations that you select: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising to help find the right customers for your business. This specific type of targeting could help increase your **return on investment (ROI)**.

https://support.google.com/google-ads/answer/1722043?sjid=1856473580287583641-NA



| | |
|---|---|
| determining, by the computer, field identifiers of a networked | The Accused Instrumentalities determine, by the computer (e.g., the Google server), field identifiers of a networked data target that are mapped to the field identifiers of the networked data source in the universal variable data database. |

| data target that are mapped to the field identifiers of the networked data source in the universal variable data database; | As an example, Google's crawlers search webpages on the internet to determine field identifiers on the webpages (e.g., identifiers for the fields on the webpage). As an example, various fields of websites (e.g., text fields, image fields, input fields, etc.) are shown below. The Accused Instrumentalities obtain an identifier for fields, which include identifying information.<br><br><br><br>https://www.google.com/search/howsearchworks/how-search-works/organizing-information/<br><br>Apps likewise include fields having field identifiers. |
|---|---|



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds

Google indexes the webpages and related information (including the field identifiers) to create the Google search index, which maps and categorizes the information. By way of example, Google's server maps the field identifies of the networked data source (e.g., the user device used to initiate a Google search) to field identifies of a networked data target (e.g., a data target associated with the advertised entity).

We continuously map the web and other sources to connect you to the most relevant, helpful information.

Learn more about how Search works



https://www.google.com/search/howsearchworks/

# How Google Search organizes information

When you Search, Google looks through hundreds of billions of webpages and other content stored in our Search index to find helpful information — more information than all of the libraries of the world.



## Finding information by crawling

Most of our Search index is built through the work of software known as crawlers. These automatically visit publicly accessible webpages and follow links on those pages, much like you would if you were browsing content on the web. They go from page to page and store information about what they find on these pages and other publicly-accessible content in Google's Search index.



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

To further refine search results, Google uses a variety of categorization techniques to classify web pages based on their content. For example, Google can distinguish between different types of content, such as images, videos, and text, and can also categorize pages based on their topics or themes. This categorization allows Google to provide users with more targeted and relevant results, such as by displaying images or videos related to their search query.

Overall, Google's ability to quickly and accurately organize and categorize vast amounts of information is what sets it apart from other search engines. By using sophisticated algorithms to analyze and index web pages, and by employing categorization techniques to refine search results, Google can provide users with the most relevant and useful information available on the web.

https://www.linkedin.com/pulse/behind-scenes-how-googles-search-index-powers-worlds-strickland-/?trk=pulse-article

<table>
<tr>
<td></td>
<td>

## Index

A page is *indexed* by Google if it has been visited by the Google crawler ("Googlebot"), analyzed for content and meaning, and stored in the Google index. Indexed pages can be shown in Google Search results (if they follow the Google Search Essentials). While most pages are crawled before indexing, Google may also index pages without access to their content (for example, if a page is blocked by a **robots.txt** directive). Learn more.

⚠ Give feedback about this article

https://support.google.com/webmasters/answer/7643011?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA

The Google server utilizes the Google index to map the field identifiers of the networked data source (e.g., location field identifiers as discussed above) to the field identifiers (e.g., determined by Google's crawling and indexing) of a networked data target (e.g., a networked target for a page or application associated with a deep-linked ad).

</td>
</tr>
<tr>
<td>

automatically generating, by the computer using the universal variable data database, a deep-linked ad that links the field identifiers of the networked data source and the

</td>
<td>

The Accused Instrumentalities automatically generate, by the computer using the universal variable data database (e.g., the Google server), a deep-linked ad that links the field identifiers of the networked data source and the field identifiers of the networked data target. The Accused Instrumentalities generate deep-linked ads for linking the field identifiers.

</td>
</tr>
</table>

field identifiers
of the
networked data
target;

# About deep links

Deep links send mobile users directly to relevant pages in your app rather than your website. Users click on ads and go directly to your app pages. You can use deep links in many Google Ads products, including App campaigns for engagement, App dynamic remarketing, and Search, Shopping, and Display campaigns.



## Benefits

- **Greater security**: App Links and Universal Links give you peace of mind that no other app can use your links. Other companies can't claim your link, so they can't send traffic to their own app (as can be done with custom schemes).
- **Relevant page results**: You can direct customers and potential customers to relevant pages within your app, rather than browser or mobile-web pages. App Links and Universal Links use the same URL as your web links, so if your app can't open, instead of being shown an error page, users will be taken to the mobile site landing page.
- **Seamless user experience**: The more seamless integration for your app users improves user experience, increases conversions, and improves customer loyalty.

https://support.google.com/google-ads/answer/10023042

## Add and edit deep linking for App campaigns for engagement

When you're setting up a new App campaign for engagement, you need to add deep links to your ad groups so that the ads you create drive your users directly into relevant app pages.

**Note:** Your app developer should complete deep link setup before you add them to the App campaign for engagement. Learn more about deep links

### Instructions for adding deep links

1. Sign in to your Google Ads account ⬏ .
2. Follow the instructions on how to Create an App campaign for engagement through step 13.
3. For step 13, the Deeplink Suggestions feature of App campaigns for engagement will show you a list of deep links currently set up for your app.
4. Select or type the appropriate deep link in the field under "App URL".
5. Proceed with steps 14-17 in the instructions to complete the creation of your App campaign for engagement.

https://support.google.com/google-ads/answer/10024200?hl=en

# Deep link

A type of destination URL in an ad that takes people to a specific page in an app. The following types of deep links are supported by Google Ads:

- **Custom schemes:** Custom schemes are custom URIs you can create to link to any in-app content. If your ad shows on a mobile device with your app installed and a user clicks the link, it sends people directly to the content in your app.

- **App Links and Universal Links:** These links use your existing HTTP destination URL, such as `www.example.com` or `www.example.com/product_1234`. Tracking parameters are allowed for these links.
  **Note:** Deep links are not automatically set up when you create your app, and they work differently on iOS and Android.
  - Learn about setting up custom schemes for Android apps ⊠
  - Learn more about Universal Links for iOS apps ⊠
  - Learn about setting up App Links for Android apps ⊠

https://support.google.com/google-ads/answer/6046977

|  | Description | How it works | Which Google Ads products are they compatible with? |
|---|---|---|---|
| App Links (Android) | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your Android app installed to the in-app content you specify. | Visit our developer website to learn more about App Links ☒ for Android apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| Universal Links (iOS) | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your iOS app installed to the in-app content you specify. | Visit the developer website to learn more about Universal Links ☒ for iOS apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| Custom schemes | Create Custom URIs to link to any in-app content you choose.<br><br>**Note:** If the user doesn't have your app installed, custom schemes will lead to an error page. | Visit the developer website to learn more about Custom schemes ☒ . | • App engagement campaigns<br>• App dynamic remarketing campaigns |

https://support.google.com/google-ads/answer/10023042

As shown below, for example, Google's search includes deep-linked ads that link field identifiers associated with the networked data source to field identifiers of a page associated with a networked data target.



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds

As an example shown below, the deep-linked ad links link the location field identifiers of the networked data source and the field identifiers of the networked data target. As shown below, for example, the deep-linked ad links

field identifiers of locations. As further shown below, Google search may "use precise location."



| presenting the deep-linked ad | The Accused Instrumentalities present the deep-linked ad through the user interface of the networked data source on the user device (e.g., displaying the ad on the user device via the Google search page). |

through the user interface of the networked data source on the user device; and

# About deep links

Deep links send mobile device users directly to relevant pages in your app rather than your website. Users click on ads and go directly to your app pages. You can use deep links in many Google Ads products, including App campaigns for engagement, App dynamic remarketing, and Search, Shopping, and Display campaigns.



## Benefits

- **Greater security**: App Links and Universal Links give you peace of mind that no other app can use your links. Other companies can't claim your link, so they can't send traffic to their own app (as can be done with custom schemes).
- **Relevant page results**: You can direct customers and potential customers to relevant pages within your app, rather than browser or mobile-web pages. App Links and Universal Links use the same URL as your web links, so if your app can't open, instead of being shown an error page, users will be taken to the mobile site landing page.
- **Seamless user experience**: The more seamless integration for your app users improves user experience, increases conversions, and improves customer loyalty.

https://support.google.com/google-ads/answer/10023042



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds



| responsive to the user selecting the deep-linked ad through the user | Responsive to the user selecting the deep-linked ad through the user interface (e.g., clicking on the ad) of the networked data source on the user device (e.g., the device displaying the Google search results), passing the user-specified values pertaining to the product or service to the networked data target using the deep-linked ad that links the field identifiers of the networked data source and the field identifiers of the networked data target. As an example, the location values discussed above are passed to the networked data target via the deep-linked ad. |
|---|---|

interface of the networked data source on the user device, passing the user-specified values pertaining to the product or service to the networked data target using the deep-linked ad that links the field identifiers of the networked data source and the field identifiers of the networked data target such that, without necessitating any pre-existing relationship between the networked data source and the networked data target, an electronic product or



service order form at the networked data target is automatically filled in or acted upon with the user-specified values pertaining to the product or service and presented on the user device.



An electronic product or service order form at the networked data target is automatically filled in or acted upon with the user-specified values pertaining to the product or service and presented on the user device. As an example,

|  | and as shown below, in response to a user selecting the deep-linked ad, an order form is displayed and pre-populated with the user-specified values (e.g., name, location, email, phone number, service type, etc.). After selecting the "message" portion of the "Just Right Lawns" ad, for example, an order form appears, as shown below. In this example, the value for e.g., "Postal Code" is prepopulated and matches the Zip code in the image second image below. |
|---|---|





The order form is automatically filled without necessitating any pre-existing relationship between the networked data source and the networked data target. As an example, because the location information is provided at or near the time of the search, no pre-existing relationship is necessary for filling the order form that with information.