# EXHIBIT G

| US10262342 | Google Ads ("Accused Instrumentalities") |
|---|---|
| 1. A method, comprising: obtaining or inferring computer-readable field identifiers from sites or applications on the Internet, the obtaining performed by a spidering module running on a computer having at least one processor and non-transitory computer memory; | The Accused Instrumentalities practice a method, comprising obtaining or inferring computer-readable field identifiers (e.g., identifiers for one or more fields on websites and/or applications) from sites or applications on the Internet, the obtaining performed by a spidering module (e.g., Google's crawlers) running on a computer having at least one processor and non-transitory computer memory (e.g., Google's web server). |

# How Google Search organizes information

When you Search, Google looks through hundreds of billions of webpages and other content stored in our Search index to find helpful information — more information than all of the libraries of the world.

## Finding information by crawling

Most of our Search index is built through the work of software known as crawlers. These automatically visit publicly accessible webpages and follow links on those pages, much like you would if you were browsing content on the web. They go from page to page and store information about what they find on these pages and other publicly-accessible content in Google's Search index.

https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

## Crawl

*Crawling* is the process of finding new or updated pages to add to Google (*Google crawled my website*). One of the Google crawling engines crawls (requests) the page. The terms "crawl" and "index" are often used interchangeably, although they are different (but closely related) actions.  Learn more.

💬  Give feedback about this article

https://support.google.com/webmasters/answer/7643418?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA

As an example, Google's crawlers are implemented using a Google computer (e.g., Google's web server)

**Traditional Ad Serving** is a service provided to publishers for the delivery of Ads from Google's web servers to Target Properties based on criteria selected by those publishers and the advertisers and agencies advertising on the Target Properties.

https://support.google.com/admanager/answer/6021064?hl=en

As an example, various fields of websites (e.g., text fields, image fields, input fields, etc.) are shown below. The Accused Instrumentalities obtain an identifier for fields, which include identifying information.



https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

Apps likewise include fields having field identifiers.



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds

As another example, Google's website includes field identifiers.



https://www.google.com/search?q=flights+from+sfo+to+lax

| | |
|---|---|
| mapping the computer-readable field identifiers to one another using normalized variables stored in a normalized variable data database, the normalized variable data database representing a universal variable map of searchable classes and attributes of products or services on the Internet, the mapping linking computer-readable field identifiers of the sites or applications on the Internet; | The Accused Instrumentalities practice a method for mapping the computer-readable field identifiers to one another using normalized variables stored in a normalized variable data database (e.g., by using Google's Search index, which, e.g., distinguishes between different types of content, categorizes field identifiers, and maps them to one another). The normalized variable data database representing a universal variable map of searchable classes and attributes of products or services on the Internet, the mapping linking computer-readable field identifiers of the sites or applications on the Internet. |
| | As shown below, for example, Google's search index maps the web by categorizing information using Google's Search index. |
| |  |
| | https://www.google.com/search/howsearchworks/ |

# How Google Search organizes information

When you Search, Google looks through hundreds of billions of webpages and other content stored in our Search index to find helpful information — more information than all of the libraries of the world.

## Finding information by crawling

Most of our Search index is built through the work of software known as crawlers. These automatically visit publicly accessible webpages and follow links on those pages, much like you would if you were browsing content on the web. They go from page to page and store information about what they find on these pages and other publicly-accessible content in Google's Search index.

https://www.google.com/search/howsearchworks/how-search-works/organizing-information/



## Organizing information by indexing

When crawlers find a webpage, our systems render the content of the page, just as a browser does. We take note of key signals — from keywords to website freshness — and we keep track of it all in the Search index.

https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

To further refine search results, Google uses a variety of categorization techniques to classify web pages based on their content. For example, Google can distinguish between different types of content, such as images, videos, and text, and can also categorize pages based on their topics or themes. This categorization allows Google to provide users with more targeted and relevant results, such as by displaying images or videos related to their search query.

Overall, Google's ability to quickly and accurately organize and categorize vast amounts of information is what sets it apart from other search engines. By using sophisticated algorithms to analyze and index web pages, and by employing categorization techniques to refine search results, Google can provide users with the most relevant and useful information available on the web.

https://www.linkedin.com/pulse/behind-scenes-how-googles-search-index-powers-worlds-strickland-/?trk=pulse-article

As one of many exemplary examples, the Google Search index may link field identifiers associated with a travel departure location of various sites and applications on the Internet.



https://www.google.com/search?q=flights+from+sfo+to+lax



https://www.southwest.com/air/low-fare-calendar/?lfma=LFMA2&mode=OD&originationAirportCode=SFO&destinationAirportCode=LAX&src=SRCH_go_cmp-1025167347_adg-56165908771_ad-595062284103_kwd-300236971871_dev-c_ext-_prd-



https://www.expedia.com/lp/flights/sfo/lax/san-francisco-to-los-angeles

| automatically programmatically generating a deep-linked ad utilizing the universal variable map, the deep-linked ad linking at least one of a set of computer-readable field identifiers used by a first site | The Accused Instrumentalities automatically programmatically generate a deep-linked ad (e.g., Google ad with deep link) utilizing the universal variable map (e.g., by linking common field identifiers), the deep-linked ad (e.g., Google ad with deep link) linking at least one of a set of computer-readable field identifiers used by a first site or application on the Internet (e.g., Google search page or application) with at least one of a set of computer-readable field identifiers used by a second site or application on the Internet (e.g., site or application corresponding to the deep link ad), wherein the first site and the second site are in same vertical or different verticals for which the spidering module (e.g., Google's crawler) is configured to search on the Internet. |

or application on the Internet with at least one of a set of computer-readable field identifiers used by a second site or application on the Internet, wherein the first site and the second site are in same vertical or different verticals for which the spidering module is configured to search on the Internet,

## About deep links

Deep links send mobile device users directly to relevant pages in your app rather than your website. Users click on ads and go directly to your app pages. You can use deep links in many Google Ads products, including App campaigns for engagement, App dynamic remarketing, and Search, Shopping, and Display campaigns.



### Benefits

- **Greater security**: App Links and Universal Links give you peace of mind that no other app can use your links. Other companies can't claim your link, so they can't send traffic to their own app (as can be done with custom schemes).

- **Relevant page results**: You can direct customers and potential customers to relevant pages within your app, rather than browser or mobile-web pages. App Links and Universal Links use the same URL as your web links, so if your app can't open, instead of being shown an error page, users will be taken to the mobile site landing page.

- **Seamless user experience**: The more seamless integration for your app users improves user experience, increases conversions, and improves customer loyalty.

https://support.google.com/google-ads/answer/10023042

# Add and edit deep linking for App campaigns for engagement

When you're setting up a new App campaign for engagement, you need to add deep links to your ad groups so that the ads you create drive your users directly into relevant app pages.

**Note:** Your app developer should complete deep link setup before you add them to the App campaign for engagement. Learn more about deep links

## Instructions for adding deep links

1. Sign in to your Google Ads account ⧉ .
2. Follow the instructions on how to Create an App campaign for engagement through step 13.
3. For step 13, the Deeplink Suggestions feature of App campaigns for engagement will show you a list of deep links currently set up for your app.
4. Select or type the appropriate deep link in the field under "App URL".
5. Proceed with steps 14-17 in the instructions to complete the creation of your App campaign for engagement.

https://support.google.com/google-ads/answer/10024200?hl=en

# Deep link

A type of destination URL in an ad that takes people to a specific page in an app. The following types of deep links are supported by Google Ads:

- **Custom schemes:** Custom schemes are custom URIs you can create to link to any in-app content. If your ad shows on a mobile device with your app installed and a user clicks the link, it sends people directly to the content in your app.

- **App Links and Universal Links:** These links use your existing HTTP destination URL, such as www.example.com or www.example.com/product_1234. Tracking parameters are allowed for these links.
  **Note:** Deep links are not automatically set up when you create your app, and they work differently on iOS and Android.
  - Learn about setting up custom schemes for Android apps ☒
  - Learn more about Universal Links for iOS apps ☒
  - Learn about setting up App Links for Android apps ☒

https://support.google.com/google-ads/answer/6046977

|  | Description | How it works | Which Google Ads products are they compatible with? |
|---|---|---|---|
| **App Links (Android)** | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your Android app installed to the in-app content you specify. | Visit our developer website to learn more about App Links ↗ for Android apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| **Universal Links (iOS)** | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your iOS app installed to the in-app content you specify. | Visit the developer website to learn more about Universal Links ↗ for iOS apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| **Custom schemes** | Create Custom URIs to link to any in-app content you choose.<br><br>**Note:** If the user doesn't have your app installed, custom schemes will lead to an error page. | Visit the developer website to learn more about Custom schemes ↗ . | • App engagement campaigns<br>• App dynamic remarketing campaigns |

https://support.google.com/google-ads/answer/10023042

As shown below, for example, Google's search includes deep-linked ads that link field identifiers of Google's page to field identifiers of another app or page.



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds

Shown below is another example of a deep-linked ad linking one or more of a set of computer-readable field identifiers used by a first site or application with one or more of a set of computer-readable field identifiers used by a second site or application.



https://www.google.com/search?q=flights+from+sfo+to+lax



https://www.southwest.com/air/low-fare-calendar/?lfma=LFMA2&mode=OD&originationAirportCode=SFO&destinationAirportCode=LAX&src=SRCH_go_cmp-1025167347_adg-56165908771_ad-595062284103_kwd-300236971871_dev-c_ext-_prd-

The first site and the second site are in same vertical or different verticals for which the spidering module is configured to search on the Internet. As an example, the first page and second page may be in the same vertical (e.g., both be in the vertical related to a Google search such as travel, home goods, real estate, jobs, etc.). To the extent the first and second pages are not in the same vertical, they would be in different verticals. Google's crawlers are configured to search numerous verticals on the Internet.

# How Google Search organizes information

When you Search, Google looks through hundreds of billions of webpages and other content stored in our Search index to find helpful information — more information than all of the libraries of the world.

## Finding information by crawling

Most of our Search index is built through the work of software known as crawlers. These automatically visit publicly accessible webpages and follow links on those pages, much like you would if you were browsing content on the web. They go from page to page and store information about what they find on these pages and other publicly-accessible content in Google's Search index.

https://www.google.com/search/howsearchworks/how-search-works/organizing-information/

# Crawl

**_Crawling_** is the process of finding new or updated pages to add to Google (_Google crawled my website_). One of the Google crawling engines crawls (requests) the page. The terms "crawl" and "index" are often used interchangeably, although they are different (but closely related) actions. Learn more.

☐ Give feedback about this article

https://support.google.com/webmasters/answer/7643418?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA

To further refine search results, Google uses a variety of categorization techniques to classify web pages based on their content. For example, Google can distinguish between different types of content, such as images, videos, and text, and can also categorize pages based on their topics or themes. This categorization allows Google to provide users with more targeted and relevant results, such as by displaying images or videos related to their search query.

Overall, Google's ability to quickly and accurately organize and categorize vast amounts of information is what sets it apart from other search engines. By using sophisticated algorithms to analyze and index web pages, and by employing categorization techniques to refine search results, Google can provide users with the most relevant and useful information available on the web.

https://www.linkedin.com/pulse/behind-scenes-how-googles-search-index-powers-worlds-strickland-/?trk=pulse-article

<table>
<tr><td></td><td>

## Index

A page is *indexed* by Google if it has been visited by the Google crawler ("Googlebot"), analyzed for content and meaning, and stored in the Google index. Indexed pages can be shown in Google Search results (if they follow the Google Search Essentials). While most pages are crawled before indexing, Google may also index pages without access to their content (for example, if a page is blocked by a **robots.txt** directive). Learn more.

🔲 Give feedback about this article

https://support.google.com/webmasters/answer/7643011?hl=en&ref_topic=7508311&sjid=2031161137716756779-NA

</td></tr>
<tr><td>

placing the deep-linked ad on a page of the first site or application on the Internet; and

</td><td>

The Accused Instrumentalities practice a method of placing the deep-linked ad (e.g., Google ad with deep link) on a page of the first site or application on the Internet (e.g., the Google search page displaying an online ad or mobile ad).

</td></tr>
</table>

## About deep links

Deep links send mobile device users directly to relevant pages in your app rather than your website. Users click on ads and go directly to your app pages. You can use deep links in many Google Ads products, including App campaigns for engagement, App dynamic remarketing, and Search, Shopping, and Display campaigns.



### Benefits

- **Greater security**: App Links and Universal Links give you peace of mind that no other app can use your links. Other companies can't claim your link, so they can't send traffic to their own app (as can be done with custom schemes).

- **Relevant page results**: You can direct customers and potential customers to relevant pages within your app, rather than browser or mobile-web pages. App Links and Universal Links use the same URL as your web links, so if your app can't open, instead of being shown an error page, users will be taken to the mobile site landing page.

- **Seamless user experience**: The more seamless integration for your app users improves user experience, increases conversions, and improves customer loyalty.

https://support.google.com/google-ads/answer/10023042



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds



https://www.google.com/search?q=flights+from+sfo+to+lax

| in response to user interaction with the deep-linked ad on the page of the first site or application displayed on a user device: extracting, from the user interaction with the deep-linked ad on the page of the first site or application, values corresponding to the at least one of the set of computer-readable field identifiers used by the first site or application on the Internet; | The Accused Instrumentalities practice a method where in response to user interaction with the deep-linked ad (e.g., a user clicking on the Google ad) on the page of the first site or application (e.g., the Google search page displaying an online ad or mobile ad) displayed on a user device (e.g., a computer, smartphone, tablet, etc.): extracting, from the user interaction with the deep-linked ad on the page of the first site or application, values (e.g., values associated with the field identifiers) corresponding to the at least one of the set of computer-readable field identifiers (e.g., field identifiers described above that identify fields on the page) used by the first site or application on the Internet (e.g., Google search page displaying an online ad or mobile ad).

As an example as shown below, the values corresponding to a first field identifier on the Google search page (e.g., "Lamp" and/or "Light Fixtures") correspond to field identifiers used by the Google search page.

 |

| | https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds <br><br> Below are additional examples of the claimed values (e.g., "flights," "from," "sfo," "to," and/or "lax"). |
|---|---|



https://www.google.com/search?q=flights+from+sfo+to+lax

The values are extracted in response to the user interaction with the deep linked ad (e.g., the values are used to serve the deep-linked page or site corresponding to the ad). In some examples, the interaction extracts the values via a URL of the deep-linked ad.

## Deep link

A type of destination URL in an ad that takes people to a specific page in an app. The following types of deep links are supported by Google Ads:

- **Custom schemes:** Custom schemes are custom URIs you can create to link to any in-app content. If your ad shows on a mobile device with your app installed and a user clicks the link, it sends people directly to the content in your app.

- **App Links and Universal Links:** These links use your existing HTTP destination URL, such as www.example.com or www.example.com/product_1234. Tracking parameters are allowed for these links.
  **Note:** Deep links are not automatically set up when you create your app, and they work differently on iOS and Android.
  - Learn about setting up custom schemes for Android apps ⧉
  - Learn more about Universal Links for iOS apps ⧉
  - Learn about setting up App Links for Android apps ⧉

https://support.google.com/google-ads/answer/6046977

| | Description | How it works | Which Google Ads products are they compatible with? |
|---|---|---|---|
| **App Links (Android)** | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your Android app installed to the in-app content you specify. | Visit our developer website to learn more about App Links ↗ for Android apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| **Universal Links (iOS)** | These links use your existing HTTP destination URLs, such as www.example.com or www.example.com/product_1234, and take users who have your iOS app installed to the in-app content you specify. | Visit the developer website to learn more about Universal Links ↗ for iOS apps. | • Search<br>• Display<br>• Shopping<br>• App engagement campaigns<br>• App dynamic remarketing campaigns |
| **Custom schemes** | Create Custom URIs to link to any in-app content you choose.<br><br>**Note:** If the user doesn't have your app installed, custom schemes will lead to an error page. | Visit the developer website to learn more about Custom schemes ↗ . | • App engagement campaigns<br>• App dynamic remarketing campaigns |

https://support.google.com/google-ads/answer/10023042



https://www.southwest.com/air/low-fare-calendar/?lfma=LFMA2&mode=OD&originationAirportCode=SFO&destinationAirportCode=LAX&src=SRCH_go_cmp-1025167347_adg-56165908771_ad-595062284103_kwd-300236971871_dev-c_ext-_prd-

| | |
|---|---|
| automatically directing the user device to display a page of the second site or application; and | In response to the interaction with the deep-linked ad, the Accused Instrumentalities automatically direct the user device (e.g., computer, smartphone tablet, etc. using Google search) to display a page of the second site or application (e.g., the site or application associated with the deep-linked ads).<br><br>As shown below, for example, Google Ads deep links send user devices directly to relevant pages, e.g., "Users click on ads and go directly to your app pages." |

## About deep links

Deep links send mobile device users directly to relevant pages in your app rather than your website. Users click on ads and go directly to your app pages. You can use deep links in many Google Ads products, including App campaigns for engagement, App dynamic remarketing, and Search, Shopping, and Display campaigns.



### Benefits

- **Greater security**: App Links and Universal Links give you peace of mind that no other app can use your links. Other companies can't claim your link, so they can't send traffic to their own app (as can be done with custom schemes).
- **Relevant page results**: You can direct customers and potential customers to relevant pages within your app, rather than browser or mobile-web pages. App Links and Universal Links use the same URL as your web links, so if your app can't open, instead of being shown an error page, users will be taken to the mobile site landing page.
- **Seamless user experience**: The more seamless integration for your app users improves user experience, increases conversions, and improves customer loyalty.

https://support.google.com/google-ads/answer/10023042



https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds

| | |
|---|---|
| passing the values corresponding to the at least one of the set of computer-readable field identifiers used by the first site or application | In response to the interaction with the deep-linked ad, the Accused Instrumentalities pass the values corresponding to the at least one of the set of computer-readable field identifiers (e.g., values discussed above) used by the first site or application (e.g., Google search page) to the correspondingly linked at least one of the set of computer-readable field identifiers used by the second site or application (e.g., redirected webpage or app corresponding to the deep link ad) such that the correspondingly linked at least one of the set of computer-readable field identifiers used by the second site or application are determined using the universal variable map (e.g., by linking the field identifiers via Google's search index as discussed previously) and such that one or more fields on the page of the second set or application are explicitly or implicitly pre-populated with the values |

| | |
|---|---|
| to the correspondingly linked at least one of the set of computer-readable field identifiers used by the second site or application such that the correspondingly linked at least one of the set of computer-readable field identifiers used by the second site or application are determined using the universal variable map and such that one or more fields on the page of the second set or application are explicitly or implicitly pre-populated with the values extracted from the user interaction with the deep-linked ad on the page of the first site or application without | (e.g., the fields associated with the field identifies are pre-populated using the passed values) extracted from the user interaction with the deep-linked ad (e.g., Google deep-linked ad) on the page of the first site or application (e.g., Google search page) without necessitating any pre-existing relationship between the pages.<br><br>As shown below, for example, when the ad is clicked by a user, the values are extracted from the Google search page and a URL including values and other site information directs the device to the second page with the fields pre-populated with the values. As shown below, for example, the values are pre-populated (at least implicitly) in the image field associated with the field identifier for that field.<br><br><br>https://www.youtube.com/watch?v=60Pk4767aFQ&ab_channel=GoogleAds |

| necessitating any pre-existing relationship between the pages. | As another example, the values (e.g., "sfo" and "lax" are passed and pre-populated in the text fields).<br><br><br><br>https://www.southwest.com/air/low-fare-calendar/?lfma=LFMA2&mode=OD&originationAirportCode=SFO&destinationAirportCode=LAX&src=SRCH_go_cmp-1025167347_adg-56165908771_ad-595062284103_kwd-300236971871_dev-c_ext-_prd-<br><br>Passing the values in this manner requires no pre-existing relationship between the pages. |