**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| METARAIL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>)<br>) | C.A. No. _____<br><br>**DEMAND FOR JURY TRIAL** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Metarail, Inc. certifies that Metarail has no parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

| *Of Counsel:* | ASHBY & GEDDES |
|---|---|
| Marc Belloli<br>M. Elizabeth Day<br>Jerry D. Tice II<br>Richard C. Lin<br>Hillary N. Bunsow<br>Michael E. Flynn-O'Brien<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>(650) 351-7248<br>mbelloli@bdiplaw.com<br>eday@bdiplaw.com<br>jtice@bdiplaw.com<br>rlin@bdiplaw.com<br>hillarybunsow@bdiplaw.com<br>mflynnobrien@bdiplaw.com | /s/ *Andrew C. Mayo*<br><br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiff* |

Dated:  October 6, 2023