**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| METARAIL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-1116-GBW |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## GOOGLE LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Google LLC ("Google") respectfully moves to dismiss Count IV of Plaintiff MetaRail, Inc.'s ("MetaRail") complaint for patent infringement with prejudice for failure to state a claim for relief.[1] Count IV alleges that Google infringes U.S. Patent No. 10,789,626 ("the '626 Patent"). But the '626 Patent fails to claim patent eligible subject matter pursuant to 35 U.S.C. § 101 and is therefore invalid.

The grounds for this motion are set forth in Google's Opening Brief in support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed herewith.

---

[1] This motion extends the time for Google to answer the complaint, even though Google does not move to dismiss every cause of action. *See* Fed. R. Civ. P. 12(a)(4); *Zohar CDO 2003-1, Ltd. v. Croscill Home LLC*, C.A. No. 17-1797-JFB-SRF, 2018 WL 881758, at *11 fn. 19 (D. Del. Feb. 14, 2018); *Circuit City Stores v. Citgo Petroleum Corp.*, 1994 WL 483463, at *4 (E.D. Pa. Sept. 7, 1994); *Godlewski v. Affiliated Computer Servs., Inc.*, 210 F.R.D. 571, 572 (E.D. Va. 2002).

OF COUNSEL:

Gregory F. Corbett
Charles T. Steenburg
Marie A. McKiernan
Jie Xiang
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 646-8000

Elizabeth A. DiMarco
John W. McGrath
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 571-5001

Dated: December 15, 2023
11213802 / 12599.00061

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew M. Moshos (#6685)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant Google LLC*